STATE OF NEW JERSEY v. ALFRED MOORE.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JEFFREY C. CAMERON.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROLAND ANDERSON.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARDO GUADALUPE.

May 28, 1987.

Petition for certification denied.

HOWARD LEVISON v. RICHARD WEINTRAUB.

May 28, 1987.

Petition for certification denied.   (See 215 *N.J.Super.* 273)